# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETTY ANN LEFEVRE, | : CASE NO. 3:12-cv-00787-GBC |
| Plaintiff, | : (MAGISTRATE JUDGE COHN) |
| v. | : ORDER TO DENY PLAINTIFF'S APPEAL, : AFFIRM THE DECISION OF THE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : COMMISSIONER, AND CLOSE THE CASE : Docs. 8,10,11 |
| Defendant. | : |

In accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Betty Ann LeFevre disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.


Dated: August 29, 2014
                                                             s/Gerald B. Cohn
                                                         GERALD B. COHN
                                     UNITED STATES MAGISTRATE JUDGE